# Order

Michigan Supreme Court
Lansing, Michigan

December 4, 2018

157546 & (20)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DARRYL ANTHONY WARREN,
       Defendant-Appellant.

SC: 157546
COA: 340092
Kent CC: 12-005712-FC

_____/

On order of the Court, the application for leave to appeal the February 22, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



Clerk

p1126